**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**AMANDA R. CLARK,**

        **Plaintiff,**

**v.**                                                    **Case No.:  2:17-cv-709**
                                                         **JUDGE GEORGE C. SMITH**
                                                         **Magistrate Judge Vascura**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**


## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on May 22, 2018, recommending that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's non-disability finding.  (Doc. 16).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  Plaintiff's Statement of Errors is hereby **OVERRULED** and the decision of the Commissioner of Social Security is **AFFIRMED**.

The Clerk shall remove Document 16 from the Court's pending motions list and enter final judgment in this case.

        **IT IS SO ORDERED.**

                             */s/ George C. Smith*
                             **GEORGE C. SMITH, JUDGE**
                             **UNITED STATES DISTRICT COURT**